UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAIME SANCHEZ                                                                    PETITIONER

V.                                       CIVIL ACTION NO. 3:25-CV-153-KHJ-MTP

WARDEN YAZOO CITY LOW                                                RESPONDENT

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [8] Report and Recommendation. The Court adopts the [8] Report and dismisses with prejudice pro se Petitioner Jaime Sanchez's ("Sanchez") [1] Petition for Writ of Habeas Corpus.

Sanchez filed a Section 2241 petition seeking to apply First Step Act time credits to his federal criminal sentence. Pet. [1] at 1. Respondent, the warden of the federal correctional facility where Sanchez is housed, answered that Sanchez is ineligible for First Step Act relief because he is a non-U.S. citizen under a removal order. Resp. [7] at 1–2. Sanchez did not reply. Because Sanchez is subject to a final order of removal and ineligible for First Step Act time credits, the [8] Report recommends dismissing Sanchez's [1] Petition with prejudice. R. & R. [8] at 2.

When no party objects to a Magistrate Judge's report, the Court need not review it *de novo*. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the "clearly erroneous, abuse of discretion, and contrary to law" standard of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Objections to the [8] Report were due on October 8, 2025. [8] at 3. The [8] Report notified Sanchez that failure to file written objections would bar further

2

appeal in accordance with 28 U.S.C. § 636(b)(1). [8] at 3–4. Sanchez did not object to the [8] Report, and the time to do so has passed. The Court finds that the [8] Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court adopts the [8] Report as its opinion.

The Court has considered all arguments. Those not addressed would not have changed the outcome. For the stated reasons, the Court ADOPTS the [8] Report and DISMISSES with prejudice Sanchez's [1] Petition for Writ of Habeas Corpus. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 17th day of October, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE